Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)



# UNITED STATES DISTRICT COURT
for the
_____ District of _____

APR 30 2021

Clerk, U.S. District Court
By:_____ Deputy Clerk

_____ Division

james b borders

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

osage county sheriff's office

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:21-cv-04027-DDC-ADM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | james borders |
| Address | 4473 e. 229st |
| City | vassar |
| State | ks |
| Zip Code | 66543 |
| County | osage |
| Telephone Number | 7852173937 |
| E-Mail Address | bordersjames37@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | osage county sheriff department |
| Job or Title (if known) | law enforcement |
| Address | 131 w. 14th street |
| City | lyndon |
| State | ks |
| Zip Code | 66451 |
| County | osage |
| Telephone Number | 7858283121 |
| E-Mail Address (if known) | |

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Address | |
| City | |
| State | |
| Zip Code | |
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

[ ] Individual capacity  [ ] Official capacity

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____ _____ _____
  City                State               Zip Code
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____ _____ _____
  City                State               Zip Code
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
   my 1st, 2nd, 4th, 6th, 8th, &14th amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
they break many laws and violate a many of your constitutional rights as they can with out people able to do anything about it. the prosecutor and judge say or do nothing to them for the illegal acts .

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
4471 & 4473 e. 229 st

B. What date and approximate time did the events giving rise to your claim(s) occur?
august 26 2017 is when the DEA / KBI flew over the properties and took pictures of the gardens in a helicopter late morning . september/october 2017 osage county deputies started driving down my road and watching me on private property with google earth. march 14th,2018 4-5 sheriff deputies came onto my property and started looking around with no warrant or phone call. 3-15-2018 the sheriff deputies kicked my door in with no warrant in the early to mid - morning hours. on 7-3-2019 they came with a fraudulent search warrant and did knowingly and unlawfully on 11-1-2019 they came back and illegally

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
see attached papers

**From:** james borders
**Sent:** Thursday, April 29, 2021 12:44 PM
**To:** James Borders
**Subject:** B. .time of events

Agust 26th 2017 is when the DEA/KBI flew over my properties and took pictures of the gardens in a helicopter in the late morning. Later in 2017 the osage county deputy's started watching me on private property with google earth. March 14 th 2018 4-5 deputies came onto my property and started looking around with no warning , warrant , or phone call. 3-15-2018 sheriff deputy's kicked my door in and had no warrant. On 7-3-2019 they came back with a fraudulent warrant and did extensive damage to me and my property. On 11-1-2019 they came back and illegally seized my boat, motorcycles, and stole my wallet with everything in it (medical card, drivers license, credit cards, and $1600 cash. In the early months of 2020 they lied under oath extensively , now more than a year later , I still can't get a fair and speedy trial

Sent from Mail for Windows 10

**From:** james borders
**Sent:** Tuesday, April 27, 2021 4:43 PM
**To:** jamesnvassar@gmail.com
**Subject:** statement of facts

In march of 2017 I ordered seeds to grow medical marijuana at home for the healing effects it gave me. In may of 2017 I got a postcard in the mail from HOMELAND SECURITY stating the had seized the seeds in NYC with my address on it.. In late august of 2017 a helicopter flew over the garden and took pictures of me and the plants, DEA or KBI I guess it was. They must of sent the photos to the Osage county sheriff department because I was on the radar suddenly afterwards. that is when the sheriff deputies started watching me on google earth at will. Even though I was on private property I have no privacy anymore as they surveille, monitor, and harass me with google earth whenever they want now. On the 14th of march 2018, I had 4-5 deputies in my yards looking around on both of the properties with no warrant. After watching them for several minutes the sheriff's office called me and said that they were on my land as a courtesy call to see if I was alright. I believe a phone call first would have been much more courteous than just appearing on private property with no warning. There was nothing courtesy about them trespassing on my properties that day. On 3-15-2018 I was in the bathtub in my home when there was knocking on the door. I got out dripping wet to see several deputies on the porch with guns telling me to open the door and come outside. I said no & they kicked it in, handcuffed me and took me to jail all without a warrant. I sat in jail for three weeks unlawfully before Brandon Jones, the then county attorney said if I plead guilty to possession of marijuana and paid the court cost I would be released from jail and be a free man. I was represented by Shannon Rush who worked at the law firm where I had a power of attorney papers done. I asked her on a piece of jail paper to get my guns, $1000.00 in cash, artwork of a hemp leaf, computer returned, and be reimbursed for fixing my broken door frame and she shook her head and said I could not have flags or pictures of marijuana leaves that it was illegal and couldn't ask for my things back either. When she handed the paper with my request to the prosecutor, Brandon jones asked the judge to order that everything be returned to me from the sheriff's office. Later that year Brandon jones left Osage county and became franklin county attorney, and Shannon rush (my ex- lawyer) was appointed to magistrate judge by Taylor wine. Shannon rush and the sheriff's office were not happy that I got my things back and no fine or probation. After that the deputies started sending people from Pomona state park onto my property along with others. This was very alarming and I posted 6-8 NO TRESPASSING signs all around my 5 acres that's borders the park and bought a 9mm & AR-15 for more protection for myself and property from law-enforcement and they people they sent onto my property. On or about 6-27-2019 Jeff bunker with the Osage county sheriff's office , was flown over my property by the Kansas highway patrol and observed green vegetation about the yard and garden area. This was followed by 4-5 deputies trespassing by coming onto my land at night to count and smell the plants they determined to be marijuana. As of December of 2018 president trump signed the farm bill into law that makes it legal to grow hemp in all 50 states and is under the jurisdiction of the department of agriculture, not law-enforcement anymore. They either didn't know this or did not care that a THC test is the only way to tell the difference between marijuana and hemp. The plants must be 3 or more months of age, and be in the flowering stage before the test can be given. This time in Kansas is usually the end of July to late august. Not only was I out of the jurisdiction of law-enforcement it was not possible for them to have probable cause to search the yard much less the inside of my home. So when the sheriff took the search warrant to the judge to search for edibles in the house with no legal evidence and knowing she was a judge with a grudge as my ex-attorney in the 2018 cases, it was unlawful and illegal for them to have her sign it, knowingly breaking the 4th amendment of my

constitutional rights again. They took my guns yet left most all the edibles In the house. When I posted the $ 100,000 bond and got home the cookies, brownies, hemp-oil, hash, and a ¼ pound of magic mushrooms were left in the home. The judge and prosecutor forgot to put no drugs or alcohol and peeing in a bottle twice a week on the conditions of my bond when they added me wearing a GPS ankle bracelet onto my bond conditions. On 11-1-2019 the sheriff showed up with another search warrant to seize my boat and motorcycles and come back into my home and recover all the items and edibles they had left in July. I had texted them and told them that I had sold the boat and decided to keep the motorcycles not to come to trade buds for motorcycles but they came anyway with swat and a warrant. This time they took my wallet with drivers license, medical card, credit cards, & $1600 cash and didn't list it on the property report so when I asked the prosecutor if I could get it back they said they didn't take it and didn't have it. Finally after my probation officer Brannee McMarthy emailed the sheriff, prosecutor, and my court appointed attorney every week asking for them to return my drivers license and medical card they released it to me after depriving me of them for months. When I filed a complaint against Dean Wiley for taking almost $4000 out of my vehicles and dozens of things and personal items when I was in jail, with the sheriff's office they did nothing to assist me and get the stuff back and told dean wiley that I had no proof and couldn't win in my small claims case. When I said I was going to write the attorney general a letter about the sheriff's misconduct , they told dean to return the stolen property and keep the money. So one day half of the stolen property was returned by dean wiley in my driveway. When these facts came out at small claims court the judge hearing my case Kevin Kimball was replaced by chief judge Taylor Wine and nothing has been communicated to me about the status of it for over a year now. I am not a lawyer nor licensed to practice law so I am defending my rights the best I can pro se. I can sure use some legal help with this lawsuit because I had a severe stroke on 1-15-2011 that did major brain damage and I couldn't talk for months and still struggle with words and writing . there id definitely a war on humanity and peoples civil rights in Osage county Kansas and I know this to be true from my experiences.

Sent from Mail for Windows 10

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

FOR THE TRAUMA & PTSD I REQUEST $1,500,000.00   FOR THE MANY EXCESSIVE VIOLATIONS OF MY COSTITUTIONAL RIGHTS THE SAME  $ 1,500,000.00

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff  _____
Printed Name of Plaintiff  JAMES B BORDERS

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
        City        State        Zip Code
Telephone Number  _____
E-mail Address  _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff    james b borders jr.

### B. For Attorneys

Date of signing: 4/30/2020

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

PLAINTIFF DESIGNATES TOPEKA, KANSAS FOR TRIAL